UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATHWAY INNOVATIONS AND TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVER INFORMATION, INC., et al., <br><br> Defendants. | Case No.: 3:17-cv-00315-CAB-(BLM) <br><br> **ORDER CONTINUING STAY** <br> **[Doc. No. 24]** |

On March 29, 2019, the parties provided the Court with a report regarding the status of the *inter partes* review of U.S. patent no. 8,508,751 ("the '751 patent"). [Doc. No. 24.] The parties request the current stay remain in place because the Patent Office has issued a Final Written Decision canceling all asserted patent claims, except claims 18 and 20. Pathway Innovation Technologies Inc. intends to file a Request for Reconsideration of the Patent Office's Decision. Finding good cause, the Court **HEREBY MAINTAINS** the **STAY**. The parties are instructed to submit a joint statement on **July 3, 2019**, or within two weeks of receiving a decision from the Patent Office, apprising the Court on the status of the request and whether further continuation of the stay is appropriate.

It is **SO ORDERED**.

Dated: April 4, 2019

Hon. Cathy Ann Bencivengo
United States District Judge